446 A.2d 704

Commonwealth v. Scott, Appellant.

Submitted June 3, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence for attempted theft is vacated; judgment of sentence for possession of an instrument of crime is affirmed.